1  CENTER FOR DISABILITY ACCESS
   Isabel Rose Masanque., SBN 292673
2  100 Pine St., Ste 1250
   San Francisco, CA 94111
3  (858) 375-7385; (888) 422-5191 fax
   isabelm@potterhandy.com
4
   Attorneys for Plaintiff
5
   SEYFARTH SHAW LLP
6  Jeffrey A. Nordlander (SBN 308929)
   jnordlander@seyfarth.com
7  400 Capitol Mall, Ste 2350
   Sacramento, CA 95814-4428
8  Telephone:(916) 448-0159
   Facsimile:(916) 558-483
9
10 Attorney for Defendant
   PENINSULAR REALTY LLC.
11

          UNITED STATES DISTRICT COURT
          NORTHERN DISTRICT OF CALIFORNIA

**SAMUEL LOVE**,                    )  Case No.: 3:21-CV-01124-TSH
                                    )
        Plaintiff,                  )
                                    )  **JOINT STIPULATION FOR**
    v.                              )  **DISMISSAL PURSUANT TO**
                                    )  **F.R.CIV.P. 41 (a)(1)(A)(ii)**
**PENINSULAR REALTY LLC.,** a       )
California Limited Liability Company,)
                                    )
    **Defendants**                  )

                    **STIPULATION**

1
2       Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the
3  parties hereto that this entire action may be dismissed with prejudice as to all parties;
4  each party to bear his/her/its own attorneys' fees and costs.
5
6
7  Dated: 12/28/2022                    CENTER FOR DISABILITY ACCESS
8
9                                       By: /s/ *Isabel Rose Masanque*
                                        Isabel Rose Masanque
10
                                        Attorneys for Plaintiff
11
12
13 Dated: 12/28/2022                    SEYFARTH SHAW LLP
14
15                                      By: /s/ Jeffrey A. Nordlander
                                        Jeffrey A. Nordlander
16
                                        Attorney for Defendant
17                                      PENINSULAR REALTY LLC.
18
19
20
21
22
23
24
25
26
27

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Jeffrey A. Nordlander, counsel for PENINSULAR REALTY LLC., respectively, and that I have obtained Attorney Nordlander's authorization to affix their electronic signature to this document.

Dated: 12/28/2022                         CENTER FOR DISABILITY ACCESS

                                          By: /s/Isabel Rose Masanque
                                          Isabel Rose Masanque

                                          Attorneys for Plaintiff